**SCHOTT GEMTRON CORPORATION, Appellant**

v.

**SSW HOLDING COMPANY, INC., Appellee.**

**No. 2015–1073.**

United States Court of Appeals, Federal Circuit.

Aug. 11, 2015.

Marshall John Schmitt, Michael Best & Friedrich, LLP, Chicago, IL, argued for appellant. Also represented by Gilberto Eduardo Espinoza; Andrew Dufresne, Madison, WI.

Nathaniel L. Dilger, One LLP, Newport Beach, CA, argued for appellee. Also represented by Kainoa Asuega; William J. O'Brien, Beverly Hills, CA.

William LaMarca, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by Nathan K. Kelley, Monica Barnes Lateef, Scott C. Weidenfeller.

LOURIE, WALLACH, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**